FILED
IN THE UNITED STATES DISTRICT COURT DISTRICT COURT
FOR THE DISTRICT OF MARYLAND  DISTRICT OF MARYLAND

IN RE: WASHINGTON POST MOTION :   MISC. CASE NO. 02-MC-355
TO OPEN JUVENILE DETENTION         (Magistrate Judge Bredar)
HEARING, ETC.                   :   CLERK'S OFFICE
                                    AT BALTIMORE

_____DEPUTY

## SECOND MEMORANDUM AND ORDER
## UNSEALING CERTAIN MATERIALS

In its Order of February 14, 2003, the Court noted that additional hearings had been conducted in *United States of America, Plaintiff v. Lee Boyd Malvo, previously known as John Doe, Juvenile*, Criminal No. DKC-02-0474, transcripts of which had not been prepared. There being no transcripts, the Court could not determine whether those proceedings, or portions thereof, should be unsealed. Subsequently, the self-styled "Intervenors" requested that transcripts be prepared of hearings conducted on October 24, 2002, October 29, 2002, and November 1, 2002 in Case No. DKC-02-0472.

Having now reviewed those transcripts and the "Intervenors" continuing to seek their unsealing, the Court applies the analytical framework set out in the Order of February 14, 2003, and rules as follows:

| | | |
|---|---|---|
| Paper No. 27 | Transcript of proceedings on October 24, 2002 | Unseal all, <u>except</u>: page 10, line 19 through page 11, line 18; page 42, line 12 through page 43, line 10; page 46, line 25 through page 47, line 1. |
| Paper No. 28 | Transcript of proceedings on October 29, 2002 | Unseal all, <u>except</u>: page 22, line 15 through page 39, line 7. |
| Paper No. 29 | Transcript of proceedings on November 1, 2002 | Unseal all. |



Execution of this Order unsealing transcripts is stayed until March 19, 2003, at noon, to allow Mr. Malvo and his representatives time to offer their specific objections to the release of these transcripts, or portions thereof, by way of a Motion to Reconsider and/or to allow appeal of this Order. Should a Notice of Appeal be filed before March 19, 2003, at noon, then execution is stayed **pending resolution of the appeal.**

SO ORDERED this 12th day of March, 2003

**BY THE COURT:**

_____
James K. Bredar
United States Magistrate Judge